# Exhibit 11

Exhibit C-2

**glispa**

Cupcake Digital
30 Irving Place, 10th Floor
10003 New York
US

Amount Due:
42,795.00 USD
Due Date: 31. March 2015

28. February 2015

# INVOICE
224462 / GR

Account No.: 1103061
Insertion Order: IO_GlispaGmbHCupcake_iStory
Billing Period: 1. February 2015 - 28. February 2015

| Description | Unit | Unit Price | Currency | Amount |
|---|---|---|---|---|
| iStoryTime iOS App - US (Library of Storybooks for Kids, Parents, Teachers) (Feb 2015) | 15,850 | 2.70 | USD | 42,795.00 |
| | | Net Amount Due | USD | 42,795.00 |
| | | Total Due | USD | 42,795.00 |

glispa GmbH
Sophienstrasse 21
10178 Berlin, Germany
T: +49 30 609 84 83 - 0 | F: +49 30 609 84 83 - 99
billing@glispamedia.com | www.glispa.com

Sitz: Berlin | AG Charlottenburg
Steuerschuldnerschaft des Leistungsempfängers
HRB 114678B | St.-Nr.: 137/285/21320
USt. IdNR.: DE814998388
GF: Gary Lin, Tim Nilsson

Bank: Deutsche Bank
Account: 111686201
Routing: 10070124
BIC/SWIFT: DEUTDEDB101
IBAN: DE63 00701240111686201